IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAURA L. LUCKADUE                                                                                                  PLAINTIFF

V.                                            4:11CV599 JMM

LEADER NEWSPAPER, INC.                                                                                    DEFENDANT

## ORDER

Pending is the Defendant's Motion to Strike Plaintiff's Requests for Admissions and Interrogatories and Requests for Production of Documents propounded on Garrick Feldman and Ilene Felman (the "Feldmans"). The Defendant argues that the Feldmans are not defendants in the case, merely officers of the Defendant, and therefore they should not be subject to these discovery requests.

Rule 33(b)(1) provides, in pertinent part:

The interrogatories must be answered:

(A) by the party to whom they are directed; or

(B) if that party is a public or private corporation . . . by any officer or agent, who must furnish the information available to the party.

Fed. R. Civ. P. 33(b)(1). Plaintiff, acting *pro se*, should have propounded her discovery requests upon the Defendant, the Leader Newspaper, Inc., instead of the Feldmans. The Defendant would then determine which officer or agent is in the best position to furnish the requested information.

In this case, it makes no sense to strike the discovery and ask the Plaintiff to re-send the requests to the Defendant when the Defendant is obviously in possession of the requests. Therefore, the Court finds that the Motion to Strike (Docket # 24) should be DENIED. The Defendant is directed to respond to the Plaintiff's Requests for Admissions and Interrogatories and Requests for Production of Documents propounded on the Feldmans as if they had been

propounded upon the Defendant as provided by Rule 33(b)(1)(B).  Plaintiff is reminded to be familiar with the Federal Rules of Civil Procedure.

     IT IS SO ORDERED this 10th day of January, 2012.

                                               _____
                                               James M. Moody
                                               United States District Judge