IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAURA L. LUCKADUE**                                                                 **PLAINTIFF**

V.                                         **4:11CV599 JMM**

**LEADER NEWSPAPER, INC.**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order granting Defendants' Motion for Summary Judgment, Judgment is hereby entered in favor of the Defendant and against the Plaintiff with prejudice.

IT IS SO ORDERED this 14th day of March, 2012.

*James M. Moody*
James M. Moody
United States District Judge